UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>           Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>           Defendant. | Case No. 1:25-cv-02197-CJN |

**JOINT STATUS REPORT**

Pursuant to the Court's December 18, 2025 Minute Order, Plaintiff American Oversight and Defendant U.S. Department of Justice ("DOJ"), together with its component the Office of Information Policy ("OIP") (collectively "Defendant"), by and through their undersigned counsel, respectfully submit this joint status report to update the Court on the parties' progress in this Freedom of Information Act ("FOIA") matter:

1. This matter involves seven FOIA requests DOJ received in February and March 2025. Plaintiff filed the Complaint on July 10, 2025 (ECF No. 1) and Defendant filed an Answer on August 11, 2025 (ECF No. 6).

2. For ease of reference, the parties will refer to Plaintiff's requests consistent with the captions used in the Complaint. *See, generally*, ECF No. 1.

3. The parties conferred and Plaintiff expressed a preference for the following processing order of its seven requests: (1) White House/DOGE Communications Request, (2) Alien Enemies Act Request, (3) Miller/Patel Communications Request, (4) Politicization Communications Request, (5) Adams Email Communications Request, (6) Resignation Communications Request, and (7) January 31 Meeting Notes Request.

1

4. Defendant will endeavor to process Plaintiff's requests consistent with the prioritization communicated by Plaintiff. However, for efficiency, where material may not yet be available for processing, or as needed to keep this matter moving forward, Defendant will move to the next item available for processing. The status of Defendant's processing is as follows:

*White House/DOGE Communications Request*

5. OIP's initial search regarding parts one and three of this request has been completed. Additionally, OIP has completed its initial responsiveness review for these parts of the request. OIP is currently completing processing of these materials for duplicates and FOIA exemptions after which OIP will be in a position to report an accurate number of responsive pages. Additionally, OIP is currently beginning to send materials for consultation with Executive Branch equity holders, as needed. Regarding part two of this request, OIP is working to conduct searches for potentially responsive materials. OIP will further apprise the Court of the status of this request in a future Joint Status Report.

*Alien Enemies Act Request*

6. OIP's search is ongoing. OIP will return to this request when its search is completed to begin processing and will provide an update to the Court in a future Joint Status Report.

*Miller/Patel Communications Request*

7. OIP's initial search has been completed for portions of this request, and its responsiveness review is now complete. OIP is now processing materials for duplicates and FOIA exemptions, after which it will send materials for consultation with Executive Branch equity holders, as needed. Regarding portions of this request that seek text messages or messages on messaging platforms, OIP is working to conduct searches for potentially responsive materials. OIP will provide a further update to the Court regarding this request in a future Joint Status Report.

*Politicization Communications Request*

8. OIP's initial search has been completed for part one and portions of part two, and its responsiveness review is underway. Regarding the portion of part two that seeks text messages

or messages on messaging platforms, OIP is working to conduct searches for potentially responsive materials. OIP will provide a further update to the Court regarding this request in a future Joint Status Report.

*Adams Email Communications Request*

9. OIP's initial search has been completed. Consistent with Plaintiff's processing prioritization, OIP will begin responsiveness review for this request after its processing of higher-priority requests is completed. OIP will provide a further update to the Court regarding this request in a future Joint Status Report.

*Resignation Communications Request*

10. OIP's initial search has been completed for part one of this request. Consistent with Plaintiff's processing prioritization, OIP will begin responsiveness review for this request after its processing of higher-priority requests is completed. Regarding part two of this request that seeks text messages or messages on messaging platforms, OIP is working to conduct manual searches for potentially responsive materials. OIP will provide a further update to the Court regarding this request in a future Joint Status Report.

*January 31 Meeting Notes Request*

11. OIP's initial search has been completed. Consistent with Plaintiff's processing prioritization, OIP will begin responsiveness review for this request after its processing of higher-priority requests is completed. Additionally, OIP is working to determine whether supplemental searches are needed in additional locations. OIP will provide a further update to the Court regarding this request in a future Joint Status Report.

12. Defendant does not anticipate filing a motion pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

13. The parties believe it is premature to set a briefing schedule.

14. DOJ will continue its efforts to respond to Plaintiff's requests, and the parties will continue to meet and confer to resolve any disputes, including regarding the appropriate scope of

the records requests. The parties propose that they file a joint status report on or before March 2, 2026.

DATED: January 29, 2026    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Samuel Bean*

SAMUEL BEAN (DC Bar No. 90042303)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Phone: 202-616-5046
Email: Samuel.B.Bean2@usdoj.gov

*Attorneys for Defendant*

By: /s/ *Emma Lewis*
Emma Lewis (D.C. Bar No. 144575)
Elizabeth Haddix (D.C. Bar No. 90019750)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, D.C. 20005
(202) 919-6303
Emma.Lewis@americanoversight.org
Elizabeth.Haddix@americanoversight.org
*Counsel for Plaintiff*