**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 1:25-cv-02197-CJN |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE of the substitution of counsel for Defendant, U.S. Department of Justice. Olivia Hussey Scott, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance and will replace Samuel Bean, who hereby withdraws as counsel for the Defendants.

Dated: June 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Olivia Hussey Scott*
Olivia Hussey Scott
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 616-8491
olivia.hussey.scott@usdoj.gov
*Counsel for Defendant*

1